UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ALESSI,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, U.S. BANK LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 10-CV-02065-MCE-DAD<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE;** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants. Each party is to bear their own costs and attorney's fees. The Clerk of Court is directed to close the file.

Dated: January 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE